# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2025

## NO. 03-25-00520-CR

**Mark Stinson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.